173 A.3d 1090

IN THE MATTER OF RICHARD PATRICK EARLEY, AN ATTORNEY AT LAW (ATTORNEY NO. 026761998)

D–141 September Term 2016
079365

December 7, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–283, concluding on the record certified to the Disciplinary Review Board pursuant to Rule 1:20–4(f)(default by respondent) that **RICHARD PATRICK EARLEY** of **CHELMSFORD, MASSACHUSETTS**, who was admitted to the bar of this State in 1998, should be censured for violating RPC 1.1(a)(gross neglect), RPC 1.3 (lack of diligence), RPC 1.4(b) (failure to keep a client reasonably informed about the status of the matter and to comply with reasonable requests for information), and RPC

8.1(b)(failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **RICHARD PATRICK EARLEY** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20–17.